JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY THOMPSON,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>WARDEN, MONA HOUSTON,<br>　　　Defendant. | ED CV 20-1149 DSF (MRW)<br><br>Order DISMISSING action without prejudice |

　　All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if leave is granted to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted in forma pauperis status. 28 U.S.C. § 1915(b).

　　A review of the docket reveals that Plaintiff still has not paid the filing fee or requested leave to proceed in forma pauperis. The Court provided Plaintiff with notice of the deficiency, and following that allowed Plaintiff another opportunity to file an in forma pauperis request. (Dkts. 2, 5). Plaintiff did not respond.

　　Additionally, the Court dismissed Plaintiff's complaint with leave to amend, but no such amended complaint has been received. (Dkt. 5).

　　Accordingly, this action is DISMISSED without prejudice for failing to pay the filing fee or request leave to proceed in forma pauperis, and for failure to prosecute and comply with Court orders. See e.g., Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995); Allen v. United States Dist.

Ct. Dist. of Nevada, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed to obtain in forma pauperis status or pay filing fee); Jeffrey H. v. Comm'r, Soc. Sec. Admin., 2019 WL 2870082, at *2 (D. Or. July 3, 2019) (dismissing for failing to prosecute and comply with court orders where case was almost two years old, and plaintiff had taken no action in response to orders for over seven months).

IT IS SO ORDERED.

Date: October 20, 2023

Dale S. Fischer
United States District Judge